Request for Jurisdiction Transfer                              March 7, 2025
Name of Offender: Matthew Robert Oakley

| ✎PROB 22<br>(Rev. 01/24) | DOCKET NUMBER *(Tran. Court)*<br>EDCR 23-00197-SSS |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>2:25-cr-00084-RFB-NJK-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Central of California | DIVISION<br>No |
|---|---|---|
| Mr. Matthew Robert Oakley<br><br>Henderson, Nevada | NAME OF SENTENCING JUDGE<br>Sunshine S. Sykes | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>October 25, 2024 | TO<br>October 24, 2027 |

X FILED    RECEIVED
  ENTERED   SERVED ON
04/02/2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

OFFENSE
Count 1: Wire Fraud, in Violation of 18 U.S.C. § 1343, Class C Felony.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Strong residential and familial ties in District of Nevada

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    CENTRAL    DISTRICT OF    CALIFORNIA

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

<u>March 12, 2025</u>
Date

*signature*
Sunshine S. Sykes, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF    Nevada

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

<u>4/7/2025</u>
Effective Date

*signature*
United States District Judge